# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **EAN HOLDINGS LLC,** Defendant. | PO-22-5166-GF-JTJ <br><br> VIOLATION: E1384495 <br> Location Code: M13 <br><br> **ORDER** |

Based upon the motion of the United States and for good cause appearing,

**IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance recently rescheduled for February 9, 2023, is **VACATED**.

DATED this 8th day of December, 2022.

_____
John Johnston
United States Magistrate Judge